IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ARTHUR BRIAN BOUDIN, et al., | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION 07-0018-WS-C |
| | ) |
| ATM HOLDINGS, INC., et al., | ) |
| | ) |
| Defendant. | ) |

## UNOPPOSED MOTION TO EXTEND TIME TO FILE RESPONSE TO DEFENDANT'S MOTION TO DISMISS

NOW COMES the Plaintiff and moves the honorable Court for additional time to respond the defendant's motion to dismiss. Plaintiff and defense counsel have conferred and agree that the plaintiff should be given an additional 14 days to respond or until March 26, 2007 and that defendant's response would be due 14 days thereafter or on April 9th 2007.

WHEREFORE, the Plaintiff moves the Court for an order setting the briefing schedule as setout above.

/s Earl P. Underwood, Jr.
Earl P. Underwood, Jr.
Attorney for Plaintiffs
Law Offices of Earl P. Underwood, Jr.
Post Office Box 969
Fairhope, AL  36533-0969
(251) 990-5558  voice
(251) 990-0626 fax

CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2007 I electronically filed the foregoing with

the Clerk of the Court using the CM/ECF system which will automatically send

notification of such filing to the following:

Gregory C. Cook  
Balch & Bingham, LLP  
1710 Sixth Ave. N.  
Post Office Box 306  
Birmingham, AL 35201-0306  

George R. Irvine, III  
Stone, Grenade & Crosby, P.C.  
7133 Stone Dr.  
Daphne AL 36526  

334-626-6696  
gri@sgclaw.com  

Kenneth J. Riemer  
166 Government Street, Suite 100  
Mobile, AL 36602  
251-432-9212  
kjr@alaconsumerlaw.com  

/s Earl P. Underwood, Jr.  
Earl P. Underwood, Jr.